*Thomas G. Haight, George L. Wilkinson, John H. Bruninga,* and *John H. Sutherland* for petitioners. *Messrs. A. C. Denison, F. O. Richey* and *Wm. C. McCoy* for respondents. Reported below: 92 F. 2d 330.

No. 679. CARTER *v.* MARVEL CARBURETOR Co. February 14, 1938. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. William C. Carter, pro se. Mr. Wilbur M. Brucker* for respondent.

No. 682. DUTCHESS UNDERWEAR CORP. *v.* INDUSTRIAL RAYON CORP. February 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Asher Blum* for petitioner. *Mr. Inzer B. Wyatt, Jr.* for respondent.

No. 700. PACIFIC GAS & ELECTRIC Co. *v.* SACRAMENTO MUNICIPAL UTILITY DISTRICT ET AL. February 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Warren Olney Jr.* and *J. M. Mannon, Jr.* for petitioner. *Mr. Stephen W. Downey* for respondents.

No. 704. CHICAGO, B. & Q. R. Co. *v.* GOODMAN, ADMINISTRATRIX. February 14, 1938. Petition for writ of certiorari to the Appellate Court, 1st District, of Illinois, denied. *Mr. J. C. James* for petitioner. *Mr. Samuel Cohen* for respondent.